FILED
2024 May-08 PM 02:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **Bed Bath & Beyond Inc.** *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>**Anthem, Inc.** *et al.*,<br><br>　　　　　　　Defendants. | STIPULATION OF VOLUNTARY DISMISSAL OF LIVE NATION ENTERTAINMENT, INC. CLAIMS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)<br><br>Case No. 2:22-cv-01256-RDP |

　　　　Pursuant to Federal Rule of Civil Procedure 41(a), Live Nation Entertainment, Inc. ("Live Nation"), the other Plaintiffs that have appeared in the above-captioned action, and the Defendants that have appeared in the above-captioned action (collectively, the "Parties"), by and through their undersigned counsel stipulate that Live Nation's claims against all Defendants are dismissed from the action without prejudice.

　　　　The Parties acknowledge that (a) Live Nation may seek to rejoin the Subscriber Damages Class in the BCBS multi-district litigation (the "MDL") and may make a claim as to the MDL Subscriber Damages Class settlement approved by this Court (MDL Dkt. 2931); and (b) all parties shall bear their own fees and costs as related to Live Nation's claims.

　　　　SO STIPULATED:

Dated: May 8, 2024

| | |
|---|---|
| /s/ *Jon Corey*<br>Jon Corey<br>MCKOOL SMITH, PC<br>1999 K Street NW, Suite 600<br>Washington, D.C. 20006<br>(202) 370-8300<br>jcorey@mckoolsmith.com<br><br>MCKOOL SMITH, PC<br>1301 Avenue of the Americas, 32nd Floor<br>New York, New York 10019<br>(212) 402-9400<br>jbriody@mckoolsmith.com<br>jsmith@mckoolsmith.com<br>dschiefelbein@mckoolsmith.com<br>dhendler@mckoolsmith.com<br><br>Lew LeClair<br>Gary Cruciani<br>MCKOOL SMITH, PC<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>(214) 978-4000<br>lleclair@mckoolsmith.com<br>gcruciani@mckoolsmith.com<br><br>Brenton K. Morris<br>BENTON, CENTENO & MORRIS, LLP<br>2019 Third Avenue North<br>Birmingham, Alabama 35203<br>(205)-278-8000<br>bmorris@bcattys.com<br><br>*Counsel for Plaintiffs* | /s/ *David H. Korn*<br>Karin A. DeMasi<br>Lauren R. Kennedy<br>David H. Korn<br>Lillian S. Grossbard<br>CRAVATH, SWAINE & MOORE LLP<br>Two Manhattan West<br>275 Ninth Avenue<br>New York, NY 10001<br>Tel: (212) 474-1000<br>Fax: (212) 474-3700<br>kdemasi@cravath.com<br>lkennedy@cravath.com<br>dkorn@cravath.com<br>lgrossbard@cravath.com<br><br>*Lead Counsel for the Blue Cross Blue Shield System; Counsel for Defendants Blue Cross Blue Shield Association; Blue Cross and Blue Shield of Alabama; Blue Cross and Blue Shield of Arizona, Inc.; GuideWell Mutual Holding Corporation; Blue Cross and Blue Shield of Florida, Inc.; Blue Cross and Blue Shield of Kansas City; Blue Cross and Blue Shield of Massachusetts, Inc.; Blue Cross and Blue Shield of North Carolina; BlueCross BlueShield of South Carolina; BlueCross BlueShield of Tennessee, Inc.; Blue Cross Blue Shield of Wyoming; California Physicians' Service d/b/a Blue Shield of California; Capital Blue Cross; CareFirst, Inc.; CareFirst of Maryland, Inc.; Group Hospitalization and Medical Services, Inc.; CareFirst BlueChoice, Inc.; Hawaii Medical Service Association (Blue Cross and Blue Shield of Hawaii); Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Texas, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma, and Blue Cross* |

Craig A. Hoover
E. Desmond Hogan
Justin Bernick
Elizabeth Jose
W. David Maxwell
HOGAN LOVELLS US LLP
Columbia Square
555 13th Street, N.W.
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
craig.hoover@hoganlovells.com
desmond.hogan@hoganlovells.com
justin.bernick@hoganlovells.com
elizabeth.jose@hoganlovells.com
david.maxwell@hoganlovells.com

*Counsel for Elevance Health f/k/a Anthem, Inc., and all of its named subsidiaries in this action; Louisiana Health Service & Indemnity Company (Blue Cross and Blue Shield of Louisiana); BCBSM, Inc. (Blue Cross and Blue Shield of Minnesota); Horizon Healthcare Services, Inc. (Horizon Blue Cross and Blue Shield of New Jersey); Blue Cross & Blue Shield of Rhode Island; Cambia Health Solutions, Inc.; Regence Blue Shield of Idaho; Regence Blue Cross Blue Shield of Utah; Regence Blue Shield (of Washington); Regence Blue Cross Blue Shield of Oregon*


John D. Martin
Lucile H. Cohen
Travis A. Bustamante
NELSON MULLINS RILEY & SCARBOROUGH LLP
1320 Main Street, 17th Floor

*and Blue Shield of Montana; Caring for Montanans, Inc., f/k/a Blue Cross and Blue Shield of Montana, Inc.; Wellmark of South Dakota, Inc. (Wellmark Blue Cross and Blue Shield of South Dakota); Wellmark, Inc. (Wellmark Blue Cross and Blue Shield of Iowa); Triple-S Management Corporation; Triple-S Salud, Inc.*

Kimberly R. West (Liaison Counsel)
Mark M. Hogewood
WALLACE, JORDAN, RATLIFF & BRANDT, LLC
First Commercial Bank Building
800 Shades Creek Parkway, Suite 400
Birmingham, AL 35209
Tel: (205) 870-0555
Fax: (205) 871-7534
kwest@wallacejordan.com
mhogewood@wallacejordan.com

*Counsel for Defendants Blue Cross Blue Shield Association; Blue Cross and Blue Shield of Arizona, Inc.; Blue Cross and Blue Shield of Kansas City; BlueCross BlueShield of South Carolina; Blue Cross and Blue Shield of Wyoming; Capital Blue Cross; CareFirst, Inc.; CareFirst of Maryland, Inc.; Group Hospitalization and Medical Services, Inc.; Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Texas, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield of Montana; Caring for Montanans, Inc., f/k/a Blue Cross and Blue Shield of Montana, Inc.; Highmark Health; Highmark Inc., f/k/a Highmark Health Services; Highmark West Virginia Inc.; Highmark BCBSD Inc.; California Physicians' Service d/b/a Blue Shield of California; Wellmark of South Dakota, Inc. (Wellmark Blue Cross and Blue Shield of South Dakota); Wellmark, Inc. (Wellmark Blue Cross and Blue Shield of*

Columbia, SC 29201  
Tel: (803) 255-9421  
Fax: (803) 256-7500  
john.martin@nelsonmullins.com  
lucie.cohen@nelsonmullins.com  
travis.bustamante@nelsonmullins.com  

*Counsel for Elevance Health f/k/a Anthem, Inc., and all of its named subsidiaries in this action; Louisiana Health Service & Indemnity Company (Blue Cross and Blue Shield of Louisiana); BCBSM, Inc. (Blue Cross and Blue Shield of Minnesota); Blue Cross and Blue Shield of South Carolina; Horizon Healthcare Services, Inc. (Horizon Blue Cross and Blue Shield of New Jersey); Blue Cross & Blue Shield of Rhode Island; Blue Cross and Blue Shield of Vermont; Cambia Health Solutions, Inc.; Regence Blue Shield of Idaho; Regence Blue Cross Blue Shield of Utah; Regence Blue Shield (of Washington); Regence Blue Cross Blue Shield of Oregon; Blue Cross & Blue Shield of Mississippi, a Mutual Insurance Company; Wellmark of South Dakota, Inc. (Wellmark Blue Cross and Blue Shield of South Dakota); Wellmark, Inc. (Wellmark Blue Cross and Blue Shield of Iowa); Hawaii Medical Service Association (Blue Cross and Blue Shield of Hawaii); Triple-S Salud, Inc; Defendants Blue Cross and Blue Shield of Florida, Inc.; Blue Cross and Blue Shield of Massachusetts, Inc.; BlueCross BlueShield of Tennessee, Inc.*

Cavender C. Kimble  
BALCH & BINGHAM LLP  
1901 6th Avenue North, Suite 1500  
Birmingham, AL 35203-4642  
Tel: (205) 226-3437  
Fax: (205) 488-5860  
ckimble@balch.com  

*Counsel for Elevance Health f/k/a Anthem, Inc., and all of its named subsidiaries in this action; Blue Cross and Blue Shield of North*

*Iowa); Hawaii Medical Service Association (Blue Cross and Blue Shield of Hawaii)*

Carl S. Burkhalter  
MAYNARD NEXSEN PC  
1901 6th Avenue North, Suite 2400  
Regions Harbert Plaza  
Birmingham, AL 35203  
Tel: (205) 254-1000  
Fax: (205) 254-1999  
cburkhalter@maynardnexsen.com  

Pamela B. Slate  
HILL CARTER FRANCO COLE & BLACK, P.C.  
425 South Perry Street  
Montgomery, AL 36104  
Tel: (334) 834-7600  
Fax: (334) 386-4381  
pslate@hillhillcarter.com  

*With Cravath, Swaine & Moore LLP, counsel for Defendant Blue Cross Blue Shield of Alabama*

Jeffrey J. Zeiger, P.C.  
KIRKLAND & ELLIS LLP  
300 North LaSalle  
Chicago, IL 60654  
Tel: (312) 862-2000  
Fax: (312) 862-2200  
jzeiger@kirkland.com  

*Counsel for Defendants Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Texas, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield of Montana; Caring for Montanans, Inc., f/k/a Blue Cross and Blue Shield of Montana, Inc.; Highmark Health;*

*Carolina; Louisiana Health Service & Indemnity Company (Blue Cross and Blue Shield of Louisiana); BCBSM, Inc. (Blue Cross and Blue Shield of Minnesota); Horizon Healthcare Services, Inc. (Horizon Blue Cross and Blue Shield of New Jersey); Blue Cross & Blue Shield of Rhode Island; Cambia Health Solutions, Inc.; Regence Blue Shield of Idaho; Regence Blue Cross Blue Shield of Utah; Regence Blue Shield (of Washington); Regence Blue Cross Blue Shield of Oregon*

Gwendolyn Payton
KILPATRICK TOWNSEND & STOCKTON LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA  98101
Tel: (206) 626-7714
Fax: (206) 299-0414
gpayton@kilpatricktownsend.com

*Counsel for Defendants Premera Blue Cross, d/b/a Premera Blue Cross Blue Shield of Alaska*

Brian K. Norman
SHAMOUN & NORMAN, LLP
1800 Valley View Lane, Suite 200
Farmers Branch, TX  75234
Tel: (214) 987-1745
Fax: (214) 521-9033
bkn@snlegal.com

H. James Koch
ARMBRECHT JACKSON LLP
RSA Tower, 27th Floor
11 North Water Street
Mobile, AL  36602
Tel: (251) 405-1300
Fax: (251) 432-6843
hjk@ajlaw.com

*Counsel for Defendants CareFirst, Inc.; CareFirst of Maryland, Inc.; Group*

*Highmark Inc., f/k/a Highmark Health Services; Highmark West Virginia Inc.; Highmark BCBSD Inc.; Highmark Western and Northeastern New York Inc. (except with respect to claims by Rite Aid Corporation and its affiliates and Bed, Bath & Beyond Inc. now known as 20230930-DK-Butterfly-1, Inc. and its affiliates, and discovery to RTX Corporation and its affiliates and General Motors Company and its affiliates)*

Jonathan M. Redgrave
REDGRAVE, LLP
4800 Westfields Blvd, Suite 250
Chantilly, VA  20151
Tel: (703) 592-1155
Fax: (612) 332-8915
jredgrave@redgravellp.com

*Additional Counsel for HCSC and Highmark Defendants and California Physicians' Service d/b/a Blue Shield of California*

Todd M. Stenerson
Brian C. Hauser
SHEARMAN & STERLING LLP
401 9th Street, N.W., Suite 800
Washington, DC  20004
Tel: (202) 508-8000
Fax: (202) 508-8100
todd.stenerson@shearman.com
brian.hauser@shearman.com

Rachel Mossman Zieminski
SHEARMAN & STERLING LLP
2601 Olive Street, Suite 1700
Dallas, TX 75201
Tel: (214) 271-5777
Fax: (214) 271-5778
rachel.zieminski@shearman.com

Sarah L. Cylkowski
Thomas J. Rheaume, Jr.

| | |
|---|---|
| *Hospitalization and Medical Services, Inc.; CareFirst BlueChoice, Inc.* | BODMAN PLC<br>1901 Saint Antoine Street<br>6th Floor at Ford Field<br>Detroit, MI 48226<br>Tel: (313) 259-7777<br>Fax: (734) 930-2494<br>scylkowski@bodmanlaw.com<br>trheaume@bodmanlaw.com |
| M. Patrick McDowell<br>Norman E. "Benje" Bailey. Jr.<br>BRUNINI, GRANTHAM, GROWER<br>& HEWES, PLLC<br>190 East Capitol Street<br>The Pinnacle Building, Suite 100<br>Jackson, MS 39201<br>Tel: (601) 948-3101<br>Fax: (601) 960-6902<br>pmcdowell@brunini.com | |
| | Andy P. Campbell<br>A. Todd Campbell<br>Yawanna N. McDonald<br>CAMPBELL PARTNERS LLC<br>505 North 20th Street, Suite 1600<br>Birmingham, AL 35203<br>Tel: (205) 224-0750<br>Fax: (205) 224-8622<br>andy@campbellpartnerslaw.com<br>todd@campbellpartnerslaw.com<br>yawanna@campbellpartnerslaw.com |
| Cheri D. Green<br>BLUE CROSS & BLUE SHIELD OF MISSISSIPPI, A MUTUAL INSURANCE COMPANY<br>P.O. Box 1043<br>Jackson, MS 39215<br>Tel: (601) 932-3704<br>cdgreen@bcbsms.com | |
| | *Counsel for Defendant Blue Cross and Blue Shield of Michigan; Blue Cross and Blue Shield of Vermont* |
| *Counsel for Defendant Blue Cross & Blue Shield of Mississippi, a Mutual Insurance Company* | |
| | John DeQ. Briggs<br>Jeny M. Maier<br>Kenina J. Lee<br>AXINN, VELTROP & HARKRIDER, LLP<br>1901 L Street, N.W.<br>Washington, DC 20036<br>Tel: (202) 912-4700<br>Fax: (202) 912-4701<br>jbriggs@axinn.com<br>jmaier@axinn.com<br>klee@axinn.com |
| Ryan M. Hodinka<br>BALCH & BINGHAM, LLP<br>1901 6th Avenue North, Suite 1500<br>Birmingham, AL 35203<br>Tel: (205) 226-3464<br>Fax: (205) 488-5848<br>rhodinka@balch.com | |
| *Counsel for Defendant USAble Mutual Insurance Company, d/b/a Arkansas Blue Cross and Blue Shield and as Blue Advantage Administrators of Arkansas*<br>Robert K. Spotswood<br>Michael T. Sansbury<br>Joshua K. Payne<br>Jess R. Nix | Kail J. Jethmalani<br>Victoria J. Lu<br>AXINN, VELTROP & HARKRIDER LLP<br>114 W 47th Street<br>New York, NY 10036<br>Tel: (212) 728-2200 |

| | |
|---|---|
| Morgan B. Franz<br>SPOTSWOOD SANSOM & SANSBURY LLC<br>Financial Center<br>505 20th Street North, Suite 700<br>Birmingham, AL 35203<br>Tel: (205) 986-3620<br>Fax: (205) 986-3639<br>rks@spotswoodllc.com<br>msansbury@spotswoodllc.com<br>jpayne@spotswoodllc.com<br>jnix@spotswoodllc.com<br>mfranz@spotswoodllc.com<br><br>*Counsel for Defendant Capital Blue Cross*<br><br>Robert R. Riley, Jr.<br>RILEY & JACKSON, P.C.<br>3530 Independence Drive<br>Birmingham, AL 35209<br>Tel: (205) 879-5000<br>Fax: (205) 879-5901<br>rob@rileyjacksonlaw.com<br><br>*Counsel for Defendants Blue Cross and Blue Shield of Florida, Inc.; Blue Cross and Blue Shield of Massachusetts, Inc.; BlueCross BlueShield of Tennessee, Inc.*<br><br>Edward S. Bloomberg<br>John G. Schmidt Jr.<br>Anna Mercado Clark<br>PHILLIPS LYTLE LLP<br>One Canalside<br>125 Main Street<br>Buffalo, NY 14203-2887<br>Telephone No. (716) 847-8400<br>ebloomberg@phillipslytle.com<br>jschmidt@phillipslytle.com<br>aclark@phillipslytle.com<br><br>Morris Wade Richardson<br>Charles Todd Grimes<br>RICHARDSON CLEMENT PC | Fax: (212) 728-2201<br>kjethmalani@axinn.com<br>vlu@axinn.com<br><br>Stephen A. Rowe<br>Aaron G. McLeod<br>ADAMS AND REESE LLP<br>1901 6th Avenue North, Suite 3000<br>Birmingham, AL 35203<br>Tel: (205) 250-5080<br>Fax: (205) 250-5034<br>steve.rowe@arlaw.com<br>aaron.mcleod@arlaw.com<br><br>*Counsel for Defendants Independence Hospital Indemnity Plan, Inc. f/k/a Independence Blue Cross; Independence Health Group, Inc.*<br><br>Tracy A. Roman<br>Jay P. DeSanto<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Tel: (202) 624-2500<br>Fax: (202) 628-5116<br>troman@crowell.com<br>jdesanto@crowell.com<br><br>Sarah Gilbert<br>Honor Costello<br>CROWELL & MORING LLP<br>Two Manhattan West<br>375 Ninth Avenue<br>New York, NY 10001<br>Tel: (212) 223-4000<br>Fax: (212) 223-4134<br>sgilbert@crowell.com<br>hcostello@crowell.com<br><br>John M. Johnson<br>Brian P. Kappel<br>LIGHTFOOT FRANKLIN & WHITE LLC<br>The Clark Building<br>400 20th Street North |

| | |
|---|---|
| 22 Inverness Center Parkway, Suite 500<br>Birmingham, AL 35242<br>(205) 729-7000<br>wade@richardson.law<br>charley@richardson.law<br><br>*Counsel for Defendant Excellus Health Plan, Inc. d/b/a Excellus BlueCross BlueShield and dismissed party Lifetime Healthcare, Inc.* | Birmingham, AL 35203<br>Tel: (205) 581-0700<br>Fax: (205) 581-0799<br>jjohnson@lightfootlaw.com<br>bkappel@lightfootlaw.com<br><br>*Counsel for Defendants Blue Cross and Blue Shield of Kansas, Inc.; Blue Cross and Blue Shield of Nebraska; GoodLife Partners, Inc.; Blue Cross of Idaho Health Service, Inc.; Blue Cross and Blue Shield of Kansas, Inc.; Blue Cross Blue Shield of North Dakota; and dismissed party Healthy Dakota Mutual Holdings*<br><br>Alan D. Rutenberg<br>FOLEY & LARDNER LLP<br>3000 K Street, N.W., Suite 600<br>Washington, DC 20007<br>Tel: (202) 672-5491<br>arutenberg@foley.com<br><br>Diane R. Hazel<br>FOLEY & LARDNER LLP<br>1400 16th Street, Suite 200<br>Denver, CO 80202<br>Tel: (720) 437-2034<br>dhazel@foley.com<br><br>Ryan M. Hodinka<br>BALCH & BINGHAM, LLP<br>1901 6th Avenue North, Suite 1500<br>Birmingham, AL 35203-4642<br>Tel: (205) 226-3464<br>Fax: (205) 488-5848<br>rhodinka@balch.com<br><br>*Counsel for Defendant USAble Mutual Insurance Company, d/b/a Arkansas Blue Cross and Blue Shield and as Blue Advantage Administrators of Arkansas* |