# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LIVE NATION ENTERTAINMENT INC.,** | }<br>}<br>} |
| **Plaintiff,** | }<br>} |
| v. | }  Case No.: 2:24-cv-00600-RDP<br>} |
| **ANTHEM INC., et al.,** | }<br>}<br>} |
| **Defendants.** | } |

## ORDER OF DISMISSAL

In accordance with the Stipulation of Voluntary Dismissal of Live Nation Entertainment, Inc.'s Claims Pursuant to Federal Rule of Civil Procedure 41(a) filed on May 8, 2024 by Live Nation and the other Plaintiffs and Defendants in this action (Doc. # 3), the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITHOUT PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this May 14, 2024.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE